# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

IN RE: Alicia Rojas-Jayme  CASE NO. 11-31293

*FILED 2011 JUL -5 A 8:44 CLERK U.S. BANKRUPTCY COURT / DEPUTY*

### PRO SE FILING QUESTIONNAIRE

1. A. Did anyone assist you in completing your petition or schedules?
   **No.**

   B. If so, please provide their name, address and phone number, if available.
   **N/A**

2. A. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms?
   **No.**

   B. If so, what amount did you pay or promise to pay?
   **N/A**

3. Other than in Question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petitions?
   **No.**

I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT.

_Alicia Rojas-Jayme_
Signature of Pro Se Debtor(s)

(575) 805-6333
Telephone Number