**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 09, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 11-31293-HCM |
| ALICIA ROJAS-JAYME | § | Chapter 13 |
| | § | |
| | § | |
| Debtor(s). | § | |

## ORDER FOR SUMMARY DISMISSAL

Pursuant to the Third Amended Standing Order Relating to Chapter 13 Practice in the El Paso Division, the Trustee's signature here below certifies that this case should be summarily dismissed due to one of more of the following causes:

( ) a. failure of the debtor to timely pay the filing fee;
(X) b. failure of the debtor to timely file a plan or to use the applicable Plan Form;
(X) c. failure of the debtor to timely file Schedules;
( ) d. unexcused failure of the debtor to appear at the scheduled Meeting of Creditors (Section 341 Meeting);
( ) e. delinquency by the debtor of sixty (60) or more days on payments under a proposed or confirmed plan;
( ) f. failure of the debtor to comply with the provisions of a prior order which provides for such relief.
( ) g. failure of the debtor to submit tax returns pursuant to § 521(e)(2); or
( ) h. failure of the debtor to submit payment advices pursuant to § 521(a)(1)(B)(iv).

_____
/s/ Stuart C. Cox, Standing Chapter 13 Trustee

###

Order submitted by Stuart C. Cox, Standing Chapter 13 Trustee