# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

**Bankruptcy Case No.:** 11–31293–hcm
**Chapter No.:** 13
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alicia Rojas–Jayme
dba Ludgate Investments, LLC
105 Thoroughbred Ct.
Santa Teresa, NM 88008
**SSN/TAX ID:**
xxx–xx–7736

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **8/9/11**          for Joint Debtor (if any) on **N/A**

Dated: 8/10/11

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]